IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| James R. Rose, | ) | C/A No.: 0:18-cv-2985-RBH-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **DEFENDANTS' MOTION TO** |
| M. Stephan, Washington, Peoples, and Unknown Sergeant, | ) | **DEPOSE JAMES ROSE, #293938** |
| | ) | |
| Defendants. | ) | |

TO: JAMES ROSE, #293938, *PRO SE* PLAINTIFF:

This matter comes before me upon Defendants M. Stephan, Washington, and Peeples (incorrectly identified as "Peoples") (collectively "Defendants") Motion to Take Plaintiff's Deposition, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, requesting an Order granting Defendant's Motion to Depose Inmate Plaintiff/Inmate James Rose, #293938, in the above-referenced case.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED, that Defendants be granted leave to take the deposition of Inmate Plaintiff/Inmate James Rose, #293938, on or about May 2, 2019, at McCormick Correctional Institution of the South Carolina Department of Corrections or the institution where the inmate is housed within the South Carolina Department of Corrections.

IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 9, 2019
Columbia, South Carolina